1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
4  HOSIE RICE LLP
   One Market, 22nd Floor
5  San Francisco, CA 94105
6  (415) 247-6000 Tel.
   (415) 247-6001 Fax
7
8  *Attorneys for Plaintiff*
   *GOTUIT MEDIA CORPORATION*
9

FILED
08 JUL -2 PM 1:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

10              UNITED STATES DISTRICT COURT
11         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
12

13  GOTUIT MEDIA CORPORATION,         Case No.  CV 08  3179  CRB

14          Plaintiff,

15  v.                                **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

16  MICROSOFT CORPORATION,

17          Defendant.

18

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent
3  corporations) or other entities (i) have a financial interest in the subject matter in controversy
4  or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in
5  a party that could be substantially affected by the outcome of this proceeding:
6  
7      Motorola, Inc., Stockholder
8  In addition, several individuals and non-public entities hold ownership interests in plaintiff.
9  Other than such entities, there is no such interest to report.
10  Dated: July 2, 2008                            Respectfully submitted,

*[signature: Bruce Wecker]*

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*GOTUIT MEDIA CORPORATION*

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

1