SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*GOTUIT MEDIA CORPORATION*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GOTUIT MEDIA CORPORATION, | Case No. C 08-03179 CRB |
| Plaintiff, | |
| v. | **STIPULATED REQUEST TO RESCHEDULE LITIGATION DATES** |
| MICROSOFT CORPORATION, | |
| Defendant. | |

1   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Gotuit, Inc. ("Plaintiff")
2  and Defendant Microsoft Corp. ("Defendant"), hereby stipulate through their respective
3  counsel of record as follows:
4   WHEREAS the Case Management Conference in this case is set for October 10,
5  2008;
6   WHEREAS, the parties are engaged in discussions in an effort to resolve this matter,
7  and believe that an extension of dates may aid the parties in their efforts to resolve this
8  litigation; and
9   WHEREAS no previous extensions of time have been granted in this case and no trial
10  date has yet been set;
11   NOW THEREFORE the parties through their undersigned counsel hereby stipulate
12  to, and request the Court to order, the continuance of litigation dates by four weeks, including
13  re-scheduling the case management conference for November 21, 2008, as set forth in the
14  proposed order attached hereto.
15
16  **IT IS SO STIPULATED**
17  DATED:  September 19, 2008                          HOSIE RICE LLP

By:  __/s/ George F. Bishop_____
       George F. Bishop

*Attorneys for Plaintiff*
*Gotuit Media Corporation*

DATED:  September 19, 2008                          MICROSOFT CORPORATION

By:  __/s/ Isabella Fu_____
       Isabella Fu

*Attorneys for Defendant*
*Microsoft Corporation*

STIPULATED REQUEST TO RESCHEDULE           1            CASE NO. C 08-03179 CRB
LITIGATION DATES

1  I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic
2  filing of this document has been obtained from the other signatories.
3  DATED:   September 19, 2008

   _____*/s/ George F. Bishop*_____
   George F. Bishop

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ORDERED that the compliance dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, dated July 2, 2008, are continued to the dates set forth below.

| | |
|---|---|
| 10/31/08 | Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| | File ADR Certification signed by Parties and Counsel |
| | File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 11/4/08 | File Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement |
| 11/21/08 | Initial Case Management Conference |

**SO ORDERED**

September  22 , 2008



_____
Honorable Charles R. Breyer
United States