1 | SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
2 | BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
3 | GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
4 | HOSIE RICE LLP
One Market, 22nd Floor
5 | San Francisco, CA 94105
6 | (415) 247-6000 Tel.
(415) 247-6001 Fax
7
8 | *Attorneys for Plaintiff*
*GOTUIT MEDIA CORPORATION*

9

10 | UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
11 | SAN FRANCISCO DIVISION

12

13 | GOTUIT MEDIA CORPORATION,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendant.

Case No. CV 08-03179 CRB

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

STIPULATION OF DISMISSAL WITHOUT PREJUDICE                     CASE NO. CV 08-03179 CRB

Pursuant to an agreement of the parties dated October 30, 2008, the undersigned parties, through their respective counsel, hereby stipulate to dismissal of the above-captioned case as follows:

1. All claims are dismissed without prejudice.

2. Each party shall bear its own costs of suit and attorneys' fees.

Dated:  October 30, 2008                    Respectfully submitted,


   /s/ Bruce Wecker_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*GOTUIT MEDIA CORPORATION*

  /s/ Isabella Fu_____
ISABELLA FU (No. 154677)
isabelfu@microsoft.com
Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399
(425) 882-8080 Tel.
(425) 936-7329 Fax

*Attorney for MICROSOFT CORPORATION*

1  I hereby attest that concurrence in the filing of this stipulation has been obtained for
2  all signatures indicated by a "conformed" signature (/s/) within this e-filed document.
3  Date:  October 30, 2008           */s/ Bruce Wecker*
                                     Bruce Wecker
4
5
6  PURSUANT TO STIPULATION, IT IS SO ORDERED.
7
8  Dated:  November _3_, 2008        _____
                                     The Honorable Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA